| | |
|---|---|
| 1 | COREY B. BECK, ESQ. |
| | Nevada Bar No. 005870 |
| 2 | THE LAW OFFICE OF COREY B. BECK, P.C. |
| | 425 South Sixth Street |
| 3 | Las Vegas, Nevada   89101 |
| | (702) 678-1999 |
| 4 | |
| | Attorney for Debtors |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re                                                      )
                                                           )    BK-S-09-20434-BAM
MICHAEL RAY HARJU                              )    Chapter 13
ZAKLINA ZLATANOVSKI                         )
                                                           )    HEARING DATE:   OST PENDING
                                                           )    HEARING TIME:   OST PENDING
            Debtors.                                   )
_____)

## APPLICATION FOR ORDER SHORTENING TIME

Debtor applies for an Order Shortening Time for hearing on ***MOTION TO REIMPOSE STAY*** upon the grounds set forth in the accompanying Affidavit of Corey B. Beck, Esq.

DATED this 30th day of August, 2010.

By     /s/   COREY B BECK
COREY B. BECK, ESQ
Nevada Bar No.  005870
425 South Sixth Street
Las Vegas, Nevada 89101
(702)678-1999

Attorney for Debtor

1

**AFFIDAVIT OF CORY B. BECK, ESQ. IN
SUPPORT OF ORDER SHORTENING TIME**

STATE OF NEVADA )
)s.s.
COUNTY OF CLARK )

COREY B. BECK, ESQ., being first duly sworn, deposes and says:

1. I am an attorney at law licensed to practice and practicing in the State of Nevada, and am the attorney for the Debtors herein "Michael Harju and Zaklina Zlatanovski." I make this Affidavit on the Debtor's behalf in support of the within Application for Order Shortening Time.

2. An Order Lifting Stay was entered on August 4, 2010.

3. A Foreclosure Sale is set for September 21, 2010 at 10:00 AM.

4. Undersigned counsel and the Debtor never received a Motion for Relief From Stay and Order Lifting Stay.

5. Debtor's have made all post-petition payments on their mortgage.

6. That the facts and circumstances justify an expedited hearing ie an Emergency Hearing is needed to prevent a wrongful foreclosure.

7. Undersigned counsel is therefore requesting an immediate court hearing on this matter.

Affiant further sayeth not.                     /s/ COREY B. BECK
                                                _____
                                                COREY B. BECK, ESQUIRE

2